**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6489**

---

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MITCHELL NARADA KELLY, a/k/a Duncey,

        Defendant - Appellant.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:15-cr-00511-MGL-1)

---

Submitted:  August 24, 2023              Decided:  August 29, 2023

---

Before QUATTLEBAUM and HEYTENS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Mitchell Narada Kelly, Appellant Pro Se.  William Kenneth Witherspoon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mitchell Narada Kelly appeals the district court's order denying his motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's denial of Kelly's motion. *See United States v. Ferguson*, 55 F.4th 262, 269 (4th Cir. 2022) (noting standard of review), *petition for cert. filed*, No. 22-1216 (U.S. June 16, 2023). We therefore affirm the district court's order. *United States v. Kelly*, No. 0:15-cr-00511-MGL-1 (D.S.C. May 3, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and oral argument would not aid the decisional process.

*AFFIRMED*